DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
mthomas@downeybrand.com
THOMAS A. GHERINI (Bar No. 352671)
tgherini@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:  916.444.2100

Attorneys for Plaintiff MR. ROOF AND
SOLAR, INC. dba AMERICAN EAGLE
ROOFING

PARKER TAYLOR LAW GROUP, PC
PORT J. PARKER (Bar No. 179256)
port@parlawgroup.com
MYLES G. TAYLOR (Bar No. 298687)
myles@parlawgroup.com
555 Capitol Mall, Suite 1230
Sacramento, CA 95814
Telephone: (916) 996-0400

Attorneys for Defendants SEQUOIA ROOFING AND
CONSTRUCTION, TYLER ANDERSON, and
ROBERT WILLIAMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MR. ROOF AND SOLAR, INC. dba AMERICAN EAGLE ROOFING, a California corporation, | Case No. 2:25-cv-00510-DJC-AC |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL** |
| v. | |
| SEQUOIA ROOFING AND CONSTRUCTION, a California corporation; TYLER ANDERSON, an individual; ROBERT WILLIAMS, an individual, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

5223310                                    1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Mr. Roof and Solar, Inc. dba American Eagle Roofing ("Plaintiff") and Defendants Sequoia Roofing and Construction, Tyler Anderson, and Robert Williams (collectively, "Defendants") jointly stipulate and agree as follows:

WHEREAS, Plaintiff filed a complaint in the United States Eastern District of California against Defendants on February 12, 2025, alleging a claim for copyright infringement under 17 U.S.C. § 101 et seq. (the "Action");

WHEREAS, Defendants filed their Answer to Plaintiff's Complaint on March 28, 2025;

WHEREAS, Defendant Robert Williams filed Counterclaims against Plaintiff on March 28, 2025;

WHEREAS, Defendant Robert Williams voluntarily dismissed his counterclaims against Plaintiff without prejudice on May 1, 2025;

WHEREAS, Plaintiff and Defendants have since settled the dispute that led Plaintiff to bring the Action;

WHEREAS, Plaintiff and Defendants executed a Settlement Agreement and Release on March 24, 2026, agreeing to dismiss the Action with prejudice;

WHEREAS, the parties agree that each side will bear its own attorneys' fees and costs upon the dismissal of the Action with prejudice.

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their undersigned counsel of record, that the above-captioned matter shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own attorneys' fees and costs upon dismissal.

**IT IS SO STIPULATED.**

DOWNEY BRAND LLP

DATED: April 1, 2026                 DOWNEY BRAND LLP

By: _____
                                        MICHAEL J. THOMAS
                                        THOMAS A. GHERINI
                                     Attorneys for Plaintiff MR. ROOF AND
                                      SOLAR, INC. dba AMERICAN EAGLE
                                                 ROOFING


DATED:  March 31, 2026               PARKER TAYLOR LAW GROUP, PC

By: _____
                                         PORT J. PARKER
                                         MYLES G. TAYLOR
                                     Attorneys for Defendants SEQUOIA
                                            ROOFING AND
                                   CONSTRUCTION, TYLER ANDERSON, and
                                           ROBERT WILLIAMS


                                     **ORDER**

**IT IS SO ORDERED.**


Dated:  April 1, 2026                /s/ Daniel J. Calabretta
                                     _____
                                     HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT COURT JUDGE


D OWNEY BRAND LLP

5223310                              3

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL